# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARIANNA RATCLIFF and JOANNA RATCLIFF, | : : : | 1:20-cv-680 |
| Plaintiffs, | : : | |
| v. | : : | Hon. John E. Jones III |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

## ORDER

### January 14, 2021

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant United States of America's Motion to Dismiss, (Doc. 16), is **GRANTED**.

2. Plaintiffs' Amended Complaint, (Doc. 15), is **DISMISSED**.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania